**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| THE OHIO BELL TELEPHONE COMPANY, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No. 2:09-CV-00918 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| PUBLIC UTILITIES COMMISSION OF OHIO, et al., | : | Magistrate Judge Mark R. Abel |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 6, 2012 Opinion and Order, the Court affirmed the arbitration award of the Public Utilities Commission of Ohio in all disputed respects. Plaintiffs Counts One through Six are DISMISSED. This case is accordingly DISMISSED in its entirety.

Date: **January 6, 2012**                    **James Bonini, Clerk**

                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk